TAMMY ALBARRÁN (SBN 215605)
Email: talbarran@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*Attorneys for Defendants Citigroup Inc. and Citibank N.A.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.; CREDIT SUISSE GROUP, AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; JPMORGAN CHASE & CO.; LLOYDS BANKING GROUP PLC; ROYAL BANK OF CANADA; ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>    Defendants. | Case No.: 12-CV-10903 CAS (JCx)<br><br>**NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Tammy Albarrán of Covington & Burling LLP enters her appearance as counsel of record on behalf of the defendants Citigroup Inc. and Citibank N.A. for the purpose of receiving notices and orders from the Court.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated:  January 9, 2013 | By: | */s/ Tammy Albarrán* <br> COVINGTON & BURLING LLP <br> One Front Street, 35th Floor <br> San Francisco, California  94111 <br> Telephone: (415) 591-6000 <br> Facsimile:  (415) 591-6091 <br> Email:  talbarran@cov.com <br> <br> *Attorneys for Defendants* <br> *Citigroup Inc. and Citibank N.A.* |