TAMMY ALBARRÁN (SBN 215605)
Email: talbarran@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

*Attorneys for Defendants Citigroup Inc. and Citibank N.A.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BARCLAYS BANK PLC; CITIGROUP, INC.; CITIBANK N.A.; COÖPERATIEVE CENTRALE RAIFFEISEN – BOERENLEENBANK B.A.; CREDIT SUISSE GROUP, AG; DEUTSCHE BANK AG; HSBC HOLDINGS PLC; JPMORGAN CHASE & CO.; LLOYDS BANKING GROUP PLC; ROYAL BANK OF CANADA; ROYAL BANK OF SCOTLAND GROUP PLC; UBS AG; WESTLB AG; and WESTDEUTSCHE IMMOBILIENBANK AG,<br><br>    Defendants. | Case No.: 12-CV-10903 CAS (JCx)<br><br>**NOTICE OF INTERESTED PARTIES AND STATEMENT PURSUANT TO RULE 7.1 OF CITIGROUP INC. AND CITIBANK N.A.** |

The undersigned, counsel of record for defendants Citigroup Inc. and Citibank N.A., certifies that the following listed parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1 | Citigroup Inc., a publicly held corporation, has no parent corporation and no publicly-held corporation owns 10 percent or more of its stock

Citibank N.A. is wholly owned by Citicorp, which in turn is wholly owned by Citigroup Inc.  Citigroup Inc., a publicly-held corporation, therefore indirectly owns 10 percent or more of the stock of Citibank N.A.

Respectfully submitted,

Dated:  January 9, 2013          By:   */s/ Tammy Albarrán*
                                       COVINGTON & BURLING LLP
                                       One Front Street, 35th Floor
                                       San Francisco, California  94111
                                       Telephone: (415) 591-6000
                                       Facsimile:  (415) 591-6091
                                       Email:  talbarran@cov.com

                                       *Attorneys for Defendants*
                                       *Citigroup Inc. and Citibank N.A.*

2