**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Los Angeles County Employees Retirement Association,<br><br>PLAINTIFF(S)<br>v.<br>Bank of America Corporation, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:12-cv-10903-CAS-JCx<br><br>**ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE**<br>☑ **FOR DISCOVERY**<br>☐ **PER GENERAL ORDER 194** |

   The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of  -- Based on the description of the class in the "Class Action Complaint," the Magistrate Judge is unable definitively to conclude that she is not a potential putative class member.

                                                                                                                                                              ,
HEREBY ORDERS the case reassigned by the Clerk in accordance with section 3.2 of General Order 224, and

| | |
|---|---|
| January 8, 2013<br>Date | Jacqueline Chooljian /s/<br>United States Magistrate Judge |

**NOTICE TO COUNSEL FROM THE CLERK**

   This case has been randomly referred to Magistrate Judge  Andrew J. Wistrich                                              .
On all documents subsequently filed in this case, substitute the initials      AJW       after the case number in place of
the initials of the prior Magistrate Judge so that the case number will read as:      CV 12-10903 CAS(AJWx)         .

   This is very important because documents are routed to the Magistrate Judge by means of the initials.