# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION ) ) ) ) | MDL Docket No. 2262 |

TO:    Jeffrey N. Luthi
        Clerk of the Panel
        United States Judicial Panel
        on Multidistrict Litigation
        Thurgood Marshall Federal Judiciary Building
        One Columbus Circle, N.E., Room G-255
        Washington, DC 20002

## PLAINTIFF LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION'S RESPONSE TO NOTICE OF TAG-ALONG ACTIONS AND CONDITIONAL TRANSFER ORDER (CTO-4)

Pursuant to Rule 7.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Los Angeles County Employees Retirement Association ("LACERA"), hereby responds to the Notice of Tag-Along Actions (the "Notice") filed by Defendants JP Morgan Chase & Co., and JP Morgan Chase Bank, N.A., ("JP Morgan") [MDL Dkt. No. 2262], and the Conditional Transfer Order (CTO-4) filed by Clerk of the Judicial Panel [ECF No. 145], both of which were filed on January 7, 2013.

LACERA does not oppose transfer of the action encaptioned *Los Angeles County Employees Retirement Association v. Bank of America Corp., et al.*, Case No. 12-10903 (C.D. Cal.) (the *"LACERA Action")*, currently pending in the Central District of California, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1704 only. Pursuant to § 1704(a), the *LACERA Action* shall be remanded at or before the conclusion of such pretrial proceedings back to the Central District of California.

LACERA agrees that the *LACERA Action* involves questions of fact common to those raised in the MDL Actions. Notice ¶6. LACERA further agrees that the causes of action that are asserted in the *LACERA Action* (Cartwright Act, RICO, and interference with economic advantage under California state law), which LACERA asserts on behalf of itself and a putative class of "indirect purchasers," are also brought in the individual action complaints filed by the *Schwab* plaintiffs (attached as Exhibits G, H, and I to the Notice). *Id.* ¶12. LACERA notes, however, that the *Schwab* complaints are individual action complaints, and not class action complaints. To LACERA's knowledge, the *LACERA Action* is the only such putative class action currently pending that asserts these California law claims on behalf of a class of California indirect purchasers.

LACERA respectfully does not oppose transfer of the *LACERA Action* for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 only.

Dated: January 14, 2013

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

*/s/ Blair A. Nicholas*

BLAIR A. NICHOLAS
BENJAMIN GALDSTON
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Counsel for Plaintiff Los Angeles County Employees Retirement Association*

## **PROOF OF SERVICE**

I, DENA L. BIELASZ declare,

1.    That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130.

2.    That on January 14, 2013, I caused to be served the following document(s):

- PLAINTIFF LOS ANGELES COUNTY EMPLOYEES RETIREMENT ASSOCIATION'S RESPONE TO NOTICE OF TAG-ALONG ACTIONS AND CONDITIONAL TRANSFER ORDER (CTO-4)

to counsel of record on the attached Service List as follows:

| Thomas C. Rice<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Tel: (212) 455-2000<br>Fax: (212) 455-2502<br>trice@stblaw.com<br><br>*Counsel for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.* | Tammy Albarrán<br>COVINGTON & BURLING LLP<br>One Front Street, 35th Floor<br>San Francisco, CA 94111<br>Tel: (415) 591-6000<br>Fax: (415) 591-6091<br><br>*Counsel for Defendants Citigroup Inc. and Citibank N.A.* |
|---|---|

☐    **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collecting and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

☒    **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

☐    **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s, on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐    **(BY ELECTRONIC MAIL)** Pursuant to Civil L.R. 5-5(a)(1) and F.R.C.P. 5(b), I am personally and readily familiar with the business practice of Bernstein Litowitz Berger & Grossmann LLP for collection and processing of document(s)

to be transmitted electronically in Portable Document Format (PDF), and I caused such document(s) on this date to be filed with the Court via Electronic Case Filing (ECF).

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of State of CALIFORNIA that the foregoing is true and correct. Executed this 14th day of January, 2013, at San Diego, California.

DENA L. BIELASZ, CP
Certified Paralegal