

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**To**: Clerk, United States District Court
Southern District of New York
500 Pearl Street, Room 120
New York, NY 10007-1312

**Re**: MDL 2262   In Re: Libor-Based Financial Instruments Antitrust Litigation
Transfer of our Civil Case No. CV 12-10903 CAS (AJWx)
Case Title: Los Angeles County Employees Retirement Association v. Bank of America Corporation, et al.

Dear Sir/Madam:

**An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our:**

☐ Original case file documents are enclosed in paper format.
☑ Electronic Documents are accessible through Pacer.
☐ Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: 1/16/2013    By G. Kami    (213) 894-0747
                      Deputy Clerk

*cc:* All counsel of record

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e:mail to the appropriate address listed below and provide the case number assigned in your district:**

☑ CivilIntakecourtdocs-LA@cacd.uscourts.gov   (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov   (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov   (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____   By _____
                        Deputy Clerk

CV-117 (09/08)    **TRANSMITTAL LETTER - MDL CASE TRANSFER OUT**